AO 440 (Rev. 10/93) Summons in a Civil Action — **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, DISCLOSURE STATEMENT** |
| EFFECTED (1) BY ME: | **NUNO VEIGA** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **1/19/2016 1:59:36 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

VALEANT PHARMACEUTICALS INTERNATIONAL INC.

Place where served:

400 SOMERSET CORPORATE BLVD.   BRIDGEWATER   NJ   08807

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KALEEN NGUYEN

Relationship to defendant   **RISK MANAGEMENT**

Description of Person Accepting Service:

SEX: F    AGE: 36-50   HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BLACK    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _1_/_20_/20_16_        _____ L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | BRUCE D. GREENBERG, ESQ. |
| PLAINTIFF: | TRU-FORM OPTICS, INC., ET AL |
| DEFENDANT: | VALEANT PHARMACEUTICALS INTERNATIONAL INC, A BRITISH COLUMBIA CORPORATION |
| VENUE: | DISTRICT |
| DOCKET: | |
| COMMENT: | 3 15 CV 08824 MAS DEA |

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2018

JB