**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000 x3820
Facsimile: (973) 623-0858
E-mail: bgreenberg@litedepalma.com
*Attorneys for Plaintiff*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**(A DELAWARE LIMITED LIABILITY PARTNERSHIP)**
Andrew Muscato
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
E-mail: Andrew.Muscato@skadden.com
*Attorneys for Defendant*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRU-FORM OPTICS, INC., on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL INC., a British Columbia Corporation, <br><br> Defendant. | Civil Action No. 15-8824 (MAS)(DEA) <br><br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been amicably resolved, is hereby dismissed

with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.

Dated: May 18, 2018

| | |
|---|---|
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** (A Delaware Limited Liability Partnership) | **LITE DEPALMA GREENBERG, LLC** |
| /s/ Andrew Muscato<br>Andrew Muscato<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>E-mail: Andrew.Muscato@skadden.com | /s/ Bruce D. Greenberg<br>Bruce D. Greenberg, Esq.<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000 x3820<br>Facsimile: (973) 623-0858<br>bgreenberg@litedepalma.com |
| Steven C. Sunshine (*pro hac vice*)<br>Julia K. York (*pro hac vice*)<br>Joseph Ciani-Dausch (*pro hac vice*)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Steve.Sunshine@skadden.com<br>Julia.York@skadden.com<br>Joseph.Ciani-Dausch@skadden.com | **THE PAYNTER LAW FIRM PLLC**<br>Stuart M. Paynter (*pro hac vice*)<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005<br>stuart@paynterlawfirm.com |
| *Attorneys for Defendant Valeant Pharmaceuticals International, Inc.* | Celeste H.G. Boyd (*pro hac vice*)<br>106 S. Churton St., Suite 200<br>Hillsborough, NC 27278<br>cboyd@paynterlawfirm.com |
| | *Attorneys for Plaintiff Tru-Form Optics, Inc* |

So Ordered this 21st day of May, 2018

Hon. Michael Shipp, USDJ